# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.                              NO. 4:12CR00196-001 SWW

JUAN AMADOR-VILLANUEVA                                                        DEFENDANT

### ORDER

This matter is before the Court on defendant's pro se motion for early termination of supervised release. The government responded that based on information provided by the probation officer, the defendant has met all the criteria and is eligible for early termination of supervised release. Therefore, the government has no objection to the early termination of defendant's supervised release. The Court finds that defendant's motion [doc #3] should be *granted*.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 19th day of July 2013.

                                                /s/Susan Webber Wright

                                                United States District Judge